UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
............................................................................ x

HERBERT ALFORD,

                Plaintiff,                      17 Civ. 5217 (JFK)

       -against-

ERIC J. EPSTEIN; UNITED STATES; and
MONTEFIORE MEDICAL CENTER,

                Defendants.
............................................................................ x

## NOTICE OF MOTION

      PLEASE TAKE NOTICE that, upon the accompanying Defendant United States' Memorandum of Law in Support of Its Motion for Summary Judgment; Declaration of Kirti Vaidya Reddy with exhibits; and Statement of Undisputed Facts, Defendant the United States, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, hereby moves this Court for an order granting summary judgment in favor of Defendant the United States pursuant to Rule 56 of the Federal Rules of Civil Procedure.

      PLEASE TAKE FURTHER NOTICE that pursuant to the Court's endorsed orders [Dkt. No. 48, 55], opposition papers, if any, shall be served on or before October 22, 2019, and reply papers, if any, shall be served on or before November 19, 2019.

Dated: New York, New York
       August 22, 2019

                    GEOFFREY S. BERMAN
                    United States Attorney for the
                    Southern District of New York
                    *Attorney for Defendants*

By:    */s/Kirti Reddy*
          KIRTI VAIDYA REDDY
          Assistant United States Attorneys
          86 Chambers Street, Third Floor
          New York, New York 10007
          Telephone:  (212) 637-2751
          Facsimile:   (212) 637-2786
          E-mail:  kirti.reddy@usdoj.gov