UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
    Herbert Alford

        -V-              :        #17 Cv 5217 (JFK)

    Eric J. Epstein

------------------------------X

The oral argument has been rescheduled from December 10, 2019 to

**January 9, 2020 at 11:00 a.m. in Courtroom 20-C**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-4-19

SO ORDERED.

Dated:  New York, New York

12-4-19

*/s/ John F. Keenan*
JOHN F. KEENAN
United States District Judge