UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---------------------------------- X
HERBERT ALFORD,

        Plaintiff,

  -against-

ERIC J. EPSTEIN, M.D.,
MONTEFIORE MEDICAL CENTER, and
UNITED STATES OF AMERICA,

        Defendants.
---------------------------------- X

No. 17 Civ. 5217 (JFK)
**ORDER**

**JOHN F. KEENAN, United States District Judge:**

As will be set forth more fully in the Court's forthcoming Opinion and Order resolving the motions for summary judgment filed by Defendants Eric J. Epstein, M.D. and Montefiore Medical Center (ECF No. 51), and the United States of America (ECF No. 56), and as consented to by Plaintiff's counsel during oral argument on January 9, 2020, Defendants Eric J. Epstein, M.D. and Montefiore Medical Center are dismissed from this action.

The Clerk of Court is directed to update the case caption accordingly.

**SO ORDERED.**

Dated: New York, New York
      January 13, 2020

                                      John F. Keenan
                               United States District Judge